

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00204-CV

———————————————

DRUE ALLEN HOLLIS, Appellant

V.

UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER, Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-301866-18

Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On July 29, 2019, we notified appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). Appellant has not filed the brief and motion in accordance with our notice.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: August 22, 2019